# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTHONY G. WHITE, SR.,     )
     )
     Plaintiff,     )
     )
     v.     )     Civil Action No. 11-2045 (RJL)
     )
DEPARTMENT OF JUSTICE,     )
     )
     Defendant.     )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 26 day of September 2012,

**ORDERED** that defendant's motion to dismiss or for summary judgment [Dkt. # 11] is **DENIED** without prejudice; it is further

**ORDERED** that by **October 30, 2012**, defendant shall supplement the record with evidence that adequately explains its search for responsive records and the FOIA exemptions it invoked to withhold responsive records, and renew its motion for summary judgment. Plaintiff shall have until **December 5, 2012**, to file his response to defendant's renewed motion.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge